■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE THYBULLE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Fisher, J.), rendered April 2, 1991, convicting him of criminal possession of stolen property in the fourth degree, unauthorized use of a vehicle in the third degree, and possession of burglar's tools, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's initial contention that the prosecutor's failure to provide the full contents of a police witness' crime report amounted to a *Rosario* violation and warrants both a new *Huntley* hearing and a new trial is unpreserved for appellate review *(see, People v Rivera,* 78 NY2d 901, 903; *see also, People v Rogelio,* 79 NY2d 843, 844; *People v Rashid,* 164 AD2d 951).

Furthermore, the defendant's contentions with respect to the prosecutor's summation comments are largely unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Medina,* 53 NY2d 951; *People v Martin,* 149 AD2d 534, 535). Those comments to which any claims of error were preserved for appellate review constituted fair response to the defense counsel's summation *(see, People v Galloway,* 54 NY2d 396; *People v Sykes,* 151 AD2d 523, 524; *People v Miller,* 143 AD2d 1055; *People v Walters,* 116 AD2d 757, 758). Sullivan, J. P., Balletta, Eiber and Santucci, JJ., concur.